NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FINJAN, INC.,**

*Plaintiff-Appellant*

**v.**

**JUNIPER NETWORKS, INC.,**

*Defendant-Appellee*

---

2019-2405

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05659-WHA, Judge William H. Alsup.

---

## JUDGMENT

---

JUANITA ROSE BROOKS, Fish & Richardson, PC, San Diego, CA, argued for plaintiff-appellant. Also represented by FRANCIS J. ALBERT, OLIVER RICHARDS; ROBERT COURTNEY, Minneapolis, MN.

JONATHAN STUART KAGAN, Irell & Manella LLP, Los Angeles, CA, argued for defendant-appellee. Also represented by REBECCA CARSON, Newport Beach, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, WALLACH and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>October 9, 2020</u>          <u>/s/ Peter R. Marksteiner</u>
           Date                    Peter R. Marksteiner
                                   Clerk of Court